1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  DEMETRIUS DANIEL,                          No. C 07-01972 SBA (PR)
12           Petitioner,                       **ORDER TO SHOW CAUSE**
13      v.
14  ROBERT L. AYERS, Warden,
15           Respondent.
16  _____/

17      Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28
18  U.S.C. § 2254. He has paid the $5.00 filing fee. It does not appear from the face of the petition that
19  it is without merit. Good cause appearing, the Court hereby issues the following orders:
20      1.   The Clerk of the Court shall serve a copy of this Order and the petition and all
21  attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State
22  of California. The Clerk shall also serve a copy of this Order on Petitioner at his current address.
23      2.   Respondent shall file with this Court and serve upon Petitioner, within **sixty (60)**
24  **days** of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules
25  Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.
26  Respondent shall file with the Answer a copy of all portions of the relevant state records that have
27  been transcribed previously and that are relevant to a determination of the issues presented by the
28  petition.

3. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within **thirty (30) days** of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **thirty (30) days** after the date Petitioner is served with Respondent's Answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within **thirty (30) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

5. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

6. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline sought to be extended.

7. Petitioner's request for leave to proceed in forma pauperis is DENIED as moot. Petitioner recently paid the requisite filing fee.

IT IS SO ORDERED.

DATED: 9/12/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

2

**United States District Court**
For the Northern District of California

|  |  |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | FOR THE |
| 4 | NORTHERN DISTRICT OF CALIFORNIA |

DEMETRIUS DANIEL,

      Plaintiff,

v.

ROBERT L. AYERS et al,

      Defendant.

Case Number: CV07-01972 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Daniel E-03098
San Quentin State Prison
San Quentin, CA 94964

Dated: September 12, 2007

                                                Richard W. Wieking, Clerk
                                                By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Daniel1972.OSC.wpd    3